**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald Edwin HARRIS, also known as Eric Edwin Dobson, Defendant–Appellant.**

No. 05–50136
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 14, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Raymond Keith Fivecoat, Brockett, Rogers & Fivecoat, Midland, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Donald Edwin Harris has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Harris has received a copy of counsel's motion and brief and has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.